MATTHEW D. CHURCH #15574
**PLANT, CHRISTENSEN & KANELL**
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
Telephone: (801) 363-7611
Email: mchurch@pckutah.com
*Attorney for Ogden City, Ogden City Police Department, and Darien Velasquez*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHELLE SHAFER, on behalf of the ESTATE OF ASHLEY EVAN JESSOP,<br><br>Plaintiff,<br><br>v.<br><br>WEBER COUNTY, by and through the Weber County Board of Commissioners; WEBER COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Utah; TERRY L. THOMPSON, an individual; OGDEN CITY, a political subdivision of the State of Utah; OGDEN CITY POLICE DEPARTMENT, a subdivision of the State of Utah; DARIEN VELASQUEZ, an individual; JOHN DOE JACOBSEN, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | **ORDER OF DISMISSAL OF DEFENDANTS OGDEN CITY, OGDEN CITY POLICE DEPARTMENT AND DARIEN VELASQUEZ WITH PREJUDICE**<br><br>Case No. 1:18-cv-00020<br><br>Chief Judge Robert J. Shelby |

The Court, having considered the Stipulated Motion to Dismiss of the parties, and for good cause shown, hereby orders and adjudges that Plaintiff's claims against Defendants Ogden City, Ogden City Police Department and Darien Velasquez shall be dismissed with prejudice and

that each party shall bear its own costs and attorney fees. The case will continue with its remaining claims.

DATED this 2nd day of April, 2019.

Chief Judge Robert J. Shelby
United States District Court

**APPROVED AS TO FORM:**

**GOSDIS LAW FIRM**

/s/ Shane D. Gosdis (signed by Matthew D. Church w/ permission of Shane D. Gosdis)
SHANE D. GOSDIS
Attorney for Plaintiff


**MYLAR LAW, P.C.**

/s/ Frank D. Mylar (signed by Matthew D. Church w/ permission of Frank D. Mylar)
FRANK D. MYLAR
Attorney for Weber County, Weber County Sheriff's Office and Terry L. Thompson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2019, a copy of the foregoing was electronically filed and served electronically upon the following parties pursuant to Fed. R. Civ. P. 5(b)(3):

Shane D. Gosdis
GOSDIS LAW FIRM
4196 South Normandie Lane
Millcreek, Utah 84107
s@gosdis.lawyer

David C. Cundick
483 Windy Garden Lane
Salt Lake City, Utah 84107
Dcundick1@comcast.net

Frank D. Mylar
MYLAR LAW, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Mylar-law@comcast.net

/s/ Michele Stones